UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRAVIS CLINTON COLEMAN,

           Plaintiff,

  v.

JOHN DOE SMITH, et al.,

           Defendants.

Case No. 2:24-cv-01638-RSL-TLF

ORDER DISMISSING
PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   plaintiff's complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983;

(3)   plaintiff's complaint, and therefore this action, is DISMISSED without prejudice;

(4)   plaintiff is GRANTED leave to amend his complaint within 90 days of the date of this order. If no timely amendment is filed judgment will be entered.

Dated this 17th day of October, 2025.

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 2